| | |
|---|---|
| Gene J. Goldsman, Esq. SBN – 76554<br>Gene@gjglaw.com<br>William M. Vlosky, Esq. SBN – 106445<br>bvlosky@yahoo.com<br>LAW OFFICES OF GENE J. GOLDSMAN<br>501 Civic Center Drive West<br>Santa Ana, California 92701<br>(714) 541-3333 /FAX (714) 541-0456<br><br>Attorneys for Plaintiff<br>CHERYL ORTIZ | JS-6<br><br><br><br><br><br><br>CC: order, docket, remand letter to Los Angeles Superior Court, South District, San Pedro No. NC056555 |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHERYL ORTIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INFINITY INSURANCE COMPANY; LOS ANGELES SHERIFFS DEPARTMENT; CITY OF LAKEWOOD; COUNTY OF LOS ANGELES; SHERIFF LEE BACA; DEPUTY JEREMY NADEAU; 1 THROUGH 40,<br><br>　　　　Defendants. | CASE NO. CV11-10502 AJW (PJWx)<br><br>[District Judge S. James Otero, Courtroom 1]<br><br>**ORDER** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

//

//

//

//

- 1 -

[PROPOSED] ORDER

Pursuant to the stipulation of Plaintiff Cheryl Ortiz and Defendant Infinity Insurance Company, it is hereby ordered that this matter is remanded to the State Court.  Both sides to bear their own costs and attorneys fees.

IT IS SO ORDERED.

Dated:   4/11/12

_____
Hon. S. James Otero